**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JANE DOE,

        Plaintiff,

v.                                                  Case No.: 6:23-cv-202-WWB-LHP

SCHOOL BOARD OF ORANGE
COUNTY, FLORIDA,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on *sua sponte* review. On August 27, 2024, United States Magistrate Judge Leslie Hoffman Price issued a Report and Recommendation (Doc. 38) in which she recommends that the Amended Complaint (Doc. 23) be dismissed without prejudice for failure to comply with Court Orders, failure to obtain counsel, and failure to prosecute. (Doc. 38 at 4).

After an independent de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Complaint (Doc. 23) is **DISMISSED without prejudice**.

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on October 17, 2024.


_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party